FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

· MAY - 7 2015

CLERK _____
SO. DIST. OF GA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

IN RE:                              )
                                    )
CRIMINAL CASE REASSIGNMENTS         )    MISC. 615-2
                                    )
STATESBORO                          )

O R D E R

The criminal cases filed in the Statesboro Division of this
Court on the attached list were previously assigned to the
Honorable B. Avant Edenfield.

IT IS HEREBY ORDERED that these cases are reassigned to the
Honorable Dudley H. Bowen, Jr. for further plenary disposition.
The Clerk is directed to place this order in the record of each
reassigned case.

SO ORDERED, this _____ day of May, 2015.

_____
Lisa Godbey Wood
Chief United States District Judge
Southern District of Georgia

| Name | Docket Number |
|------|---------------|
| Aguilar-Ramirez, Alejandro | 6:09CR00057-1<br>6:09CR00047-1 |
| Ashley, Alex | 6:09CR00048-3 |
| Barrientos, Genaro | 6:09CR00048-33 |
| Bostic, Zikomo Taheam | 6:12CR00001-11 |
| Cancino-Diaz, Ranferi | 6:11CR00020-1 |
| Collins, Stephanie | 6:06CR00026-2 |
| Corbett, Kendall Dewayne | 6:09CR00048-4 |
| Davis, Christopher Lamont | 6:12CR00018-10 |
| Davis, Dementrice Lamon | 6:10CR00006-3 |
| Davis, Ricardo Marquis | 6:12CR00001-8 |
| Day, Bobby Lewis | 6:12CR00001-13 |
| Dean, Brian | 6:07CR00032-2 |
| Fields, Dexter Jamaal | 6:12CR00001-5 |
| Fulmer, Kenneth Dale | 6:11CR00015-1 |
| Green, Williams Eric | 6:02CR00008-1 |
| Hagins, Charles | 6:09CR00028-1 |

| Name | Docket Number |
|------|---------------|
| Hendrix, Alfred | 6:12CR00003-1 |
| Hendrix, Michael | 6:09CR00011-1 |
| Hills, Emmanuel Rossell | 6:09CR00031-1 |
| Holloway, Homer | 6:06CR0002606 |
| Hrneith, Manuel | 6:11CR00023-1 |
| Jackson, Jeffery | 6:12CR00018-4 |
| Jones, Jonathan Luther | 6:09CR00041-2 |
| Keller, Matthew | 6:11CR00014-2 |
| Kennedy, James Daniel | 6:06CR00007-1 |
| Kinsey, Trenton Arlanda | 6:12CR00001-4 |
| Lanier, Akeem Ajima | 6:07CR00015-3 |
| Lewis, Jeffery | 6:05CR00035-1 |
| Littles, III, Eddie | 6:12CR00001-6 |
| Lundy, Rodriguez Mangel | 6:09CR00038-3 |
| Martinez, Jose Andres | 6:11CR00020-2 |
| McCray, Horace James | 6:07CR00029-1 |
| McKeever, Jermaine | 6:04CR00010-9 |

| Name | Docket Number |
|---|---|
| Mikell, Bob Aaron | 6:06CR00026-10 |
| Mitchell, Walter | 6:06CR00008-1 |
| Nicolas, Julio | 6:09CR00048-34 |
| Pena-Rodriguez, Jose Guadalupe | 6:11CR00021-1 |
| Perry, Leon | 6:06CR00026-11 |
| Peterson, Ralph | 6:05CR00009-2 |
| Pittman, Earl Tyrone | 6:05CR00037-1 |
| Polke, Lee Antonio | 6:09CR00048-17 |
| Porter, Mark Darnell | 6:12CR00012-2 |
| Powell, Terry | 6:12CR00001-7 |
| Price, Mary Patricia | 6:11CR00015-8 |
| Roberson, Sean | 6:08CR00012-8 |
| Rock, Robert David | 6:09CR00048-18 |
| Simpson, Kaneesha Lashay | 6:12CR00001-15 |
| Smith, Bobby Eugene | 6:08CR00003-1 |
| Smith, Kenneth Doeran | 6:09CR00019-1 |
| Smith, Jr., Tommy C. | 6:11CR00015-2 |

| Name | Docket Number |
| --- | --- |
| Thomas, Jarred Brian | 6:11CR00015-3 |
| Thomas, Michael Scott | 6:09CR00048-11 |
| Thorne, Jason | 6:07CR00032-3 |
| Trujillo-Lopez, Juan Carlos | 6:11CR00021-2 |
| Turnquest, Jerome Gregory | 6:07CR00003-1 |
| Washington, Jarvis Fernando | 6:09CR00041-3 |
| Whitehead, Donald | 6:05CR00009-1 |
| Whitfield, Monica Sharee | 6:14CR00021-1 |
| Wiggins, Qunta Parcheco | 6:07CR00009-1 |
| Williams, Colby Terrell | 6:12CR00001-12 |
| Williams, David Eugene | 6:11CR00014-1 |
| Willis, Charles | 6:06CR00026-4 |
| Wilson, Edwin | 6:08CR00022-1 |